September 15, 2025

Case #25-CV-3605

RE: Request for extension

Dear Honorable Judge Seibel,

I request your consent to a two week extension to amend my lawsuit as well as an adjournment of the conference scheduled for September 17, 2025 at 4:15 pm. I had been ill most of August and had not been aware of your Order.

Sincerely,

Melissa Anderson

Telephonic pre-motion conference adjourned to October 10, 2025 at 10:45 a.m. Call-in number is 855-244-8681 and access code is 1809850784#. Plaintiff shall respond to Defendant's letter, (ECF No. 12), by letter of no more than 3 pages, no later than October 3, 2025. The Court will discuss Plaintiff's request to amend her complaint at the conference.

SO ORDERED.

*Cathy Seibel* 9/15/25

CATHY SEIBEL, U.S.D.J.