UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA ANDERSON,

Plaintiff,

-against-

YONKERS CITY SCHOOL DISTRICT, et al.,

Defendants.

25-CV-03605 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

Plaintiff, who is proceeding *pro se*, brings this action claiming violations of federal and state law alleging that her employer discriminated against her based on her race and disability. By order dated May 5, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.  The Court issued an order on May 8, 2025, directing the U.S. Marshals to effect service on Defendant Yonkers City School District, and service was returned executed on June 13, 2025.  (ECF Nos. 7, 11.)  The Court's order also dismissed claims against an individual defendant because the claims were brought under Title VII and the ADA, but individuals are not subject to liability under either statute.  (ECF No. 7.). On October 7, 2025, Plaintiff filed an Amended Complaint alleging additional causes of action. (ECF No. 18.).  On January 8, 2026, Plaintiff filed a Second Amended Complaint alleging additional causes of action and naming new defendants.  (ECF No. 24 ("SAC").)

## DISCUSSION

A.  **Service on City of Yonkers, Edwin Quezada, Gail Joyner, Principal Walpole, Stephanie Felidi, and Ted Von Hoene**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on

the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service of the Second Amended Complaint on Defendants City of Yonkers, Edwin Quezada, Gail Joyner, Principal Walpole, Stephanie Felidi, and Ted Von Hoene, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for those defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon those defendants.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**B.    Service on the Unidentified Defendants**

The Second Amended Complaint includes Defendants John/Jane Does Administrators 1-10 in the caption and describes them as "district-level or building-level officials whose identities are presently unknown, who participated in the actions and policies alleged herein." (AC at 1, 2.) Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and that defendant's service address. 121 F.3d

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

72, 76 (2d Cir. 1997).  Plaintiff, however, does not make any specific allegations against John/Jane Doe Administrators and does not supply sufficient information to permit the attorney for or agent of Yonkers City School District or City of Yonkers to identify them.  The Court therefore declines, at this time, to issue a *Valentin* order seeking the identities of the John/Jane Doe Administrators Defendants.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendants City of Yonkers, Edwin Quezada, Gail Joyner, Principal Walpole, Stephanie Felidi, and Ted Von Hoene; complete the USM-285 form for them; and deliver all documents necessary to effect service of the Second Amended Complaint to the U.S. Marshals Service.

**SO ORDERED.**

Dated:   January 13, 2026
         White Plains, New York

_____
           CATHY SEIBEL
        United States District Judge

**DEFENDANT AND SERVICE ADDRESS**

1. City of Yonkers
   40 South Broadway
   Yonkers, NY 10701
2. Edwin Quezada
   Yonkers City School District
   1 Larkin Center
   Yonkers, New York 10701
3. Gail Joyner
   Yonkers City School District
   1 Larkin Center
   Yonkers, New York 10701
4. Principal Walpole
   Yonkers City School District
   1 Larkin Center
   Yonkers, New York 10701
5. Stephanie Felidi
   Yonkers City School District
   1 Larkin Center
   Yonkers, New York 10701
6. Ted Von Hoene
   Yonkers City School District
   1 Larkin Center
   Yonkers, New York 10701